UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE GARCIA and CONSUELO GARCIA,<br><br>　　　　　　　　Plaintiffs,<br>　　　v.<br><br>SCME MORTGAGE BANKERS, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No.: 12-CV-01988-LHK<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiffs Jose and Consuelo Garcia ("Plaintiffs") filed their complaint in this Court on April 20, 2012, alleging ten claims. ECF No. 1. On August 6, 2012, Plaintiffs filed their declination to proceed before a Magistrate Judge, ECF No. 19, and the case was assigned to the undersigned judge on August 10, 2012. ECF No. 21. On August 21, 2012, Defendants BAC Home Loans Servicing ("BAC") and Deutsche Bank National Trust Company ("Deutsche") filed a motion to dismiss, ECF No. 22. On August 23, 2012, the same defendants filed an amended motion to dismiss, ECF No. 25. Pursuant to Civil Local Rule 7-3(a), Plaintiffs' opposition to the amended motion to dismiss was due on September 6, 2012. Plaintiff never filed an opposition or statement of nonopposition to either of BAC and Deutche's motions to dismiss.

Subsequently, on August 27, 2012, Defendant Fidelity National Title Company ("Fidelity") filed a motion to dismiss. ECF No. 27. Pursuant to Civil Local Rule 7-3(a), Plaintiffs' opposition

to Fidelity's motion to dismiss was due on September 10, 2012. Plaintiffs never filed an opposition or statement of nonopposition to Fidelity's motion to dismiss.

On August 31, 2012, Defendant Aurora Loan Services, LLC ("Aurora") filed a motion to dismiss. ECF No. 31. Pursuant to Civil Local Rule 7-3(a), Plaintiffs' opposition to Aurora's motion to dismiss was due on September 14, 2012. Plaintiffs never filed an opposition or statement of nonopposition to Aurora's motion to dismiss.

The Court hereby ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. This Order does not authorize Plaintiffs to file an untimely opposition to Defendants' motions to dismiss. Plaintiffs have until November 2, 2012 to file a response to this Order to Show Cause. A hearing on this Order to Show Cause is set for **Wednesday, November 14, 2012 at 2:00 P.M.** Plaintiffs' failure to respond to this Order and to appear at the November 14, 2012 hearing will result in dismissal of this case with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 12, 2012

_____
LUCY H. KOH
United States District Judge