UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE GARCIA and CONSUELO GARCIA,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>SCME MORTGAGE BANKERS, INC., et al.,<br><br>　　　　　　　Defendants. | Case No.: 12-CV-01988-LHK<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Plaintiffs Jose and Consuelo Garcia ("Plaintiffs") filed their complaint in this Court on April 20, 2012, alleging ten claims. ECF No. 1. On August 21, 2012, Defendants BAC Home Loans Servicing ("BAC") and Deutsche Bank National Trust Company ("Deutsche") filed a motion to dismiss, ECF No. 22. On August 23, 2012, the same defendants filed an amended motion to dismiss, ECF No. 25. Pursuant to Civil Local Rule 7-3(a), Plaintiffs' opposition to the amended motion to dismiss was due on September 6, 2012. Plaintiffs never filed an opposition or statement of nonopposition to either of BAC and Deutsche's motions to dismiss.

Subsequently, on August 27, 2012, Defendant Fidelity National Title Company ("Fidelity") filed a motion to dismiss. ECF No. 27. Pursuant to Civil Local Rule 7-3(a), Plaintiffs' opposition to Fidelity's motion to dismiss was due on September 10, 2012. Plaintiffs never filed an opposition or statement of nonopposition to Fidelity's motion to dismiss. On August 31, 2012, Defendant Aurora Loan Services, LLC ("Aurora") filed a motion to dismiss. ECF No. 31. Pursuant to Civil

1

Case No.: 12-CV-1988-LHK
ORDER DISMISSING CASE WITH PREJUDICE

1  Local Rule 7-3(a), Plaintiffs' opposition to Aurora's motion to dismiss was due on September 14,
2  2012.  Plaintiffs never filed an opposition or statement of nonopposition to Aurora's motion to
3  dismiss.
4       On October 12, 2012This Court issued an Order to Show Cause why the action should not
5  be dismissed for failure to prosecute.  ECF No. 33.  In the Order to Show Cause, the Court ordered
6  Plaintiffs to file a response by November 2, 2012, and to appear at a hearing on November 14,
7  2012 at 2:00 p.m.  The Court's Order also explained that failure to respond by the deadline and to
8  appear at the hearing would result in dismissal of this case with prejudice.  Plaintiffs filed a one-
9  sentence motion for leave to amend their complaint on November 2, 2012, ECF No. 34, but
10 Plaintiffs did not file a response to the Order to Show Cause, nor did they appear at the hearing on
11 November 14, 2012.  Accordingly, consistent with the Court's October 12, 2012 Order to Show
12 Cause, this case is dismissed with prejudice for failure to prosecute.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 14, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-1988-LHK
ORDER DISMISSING CASE WITH PREJUDICE